RUSH SERVICE

Eastern District of Texas - Marshall Division, Texas
100 E HOUSTON ST ROOM 125 MARSHALL TX 75670

Case #: 2:17-CV-00153

DIGITAL VERIFICATION SYSTEMS, LLC

Plaintiff

vs

CLOVER NETWORK, INC.

Defendant

FILED-CLERK
U.S. DISTRICT COURT

2017 JUN 26  AM 11: 08

TX EASTERN-MARSHALL

BY _____

## AFFIDAVIT OF SERVICE

I, **Christiaan Gonzalez**, being duly sworn deposes
That I am a competent person more than 18 years of age or older and not a party to
this action. That I received the documents stated below on **6-21-17** instructing
for same to be delivered upon Clover Network, Inc..

That I delivered to : **Tiffany Nguyen, Front Desk Assistant**

the following : SUMMONS; COMPLAINT; CIVIL COVER SHEET; PATENT

at this address : **415 N. Mathilda Ave., Sunnyvale, CA 94085**

Manner of Delivery :
[X] By PERSONALLY delivering the document(s) to the person above.
[ ] By SUBSTITUTE SERVICE: By delivering to the above named
    person at the usual place of abode/business
[ ] By POSTING: By securely affixing to the main entry

Date and time : **6-21-17 at 4:20 PM**

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

**6-23-17**
Date

Signature of Server
Lic#: **828**   Expiration: _____

On this day **Christiaan Gonzalez** appeared before me, a notary public, and
being duly sworn by me stated that he/she has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts contained therein are
true and correct. Given my hand and seal of office this **23** day
of **June** 20**17**.

NOTARY PUBLIC

PCP Inv. #A17603735
Private Process Server

Harper, Matthew P.
Harper IP Group, LLC

Service Fee: _____
Witness Fee: _____
Mileage Fee: _____

RETURN TO CLIENT

christyb

TONI SANO
Commission # 2147549
Notary Public - California
Orange County
My Comm. Expires Apr 30, 2020