David C. Marcus (SBN 158704)
Jason F. Choy (SBN 277583)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: jason.choy@wilmerhale.com

Gregory H. Lantier (*pro hac vice* pending)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

*Counsel for Defendant*
CLOVER NETWORK, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CLOVER NETWORK, INC.<br><br>Defendant. | Case No. 3:17-cv-06982-JST<br><br>**DECLARATION OF JASON F. CHOY IN SUPPORT OF CLOVER NETWORK, INC.'S NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS**<br><br>Hon. Jon S. Tigar |

Case No. 3:17-cv-06982-JST              1              CHOY DECL. ISO NOTICE OF SETTLEMENT AND MOTION TO STAY

I, Jason F. Choy, hereby declare:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am a counsel of record for Defendant Clover Network, Inc. ("Clover") in the above captioned matter. I have personal knowledge of the facts stated in this declaration, and if asked to, could and would testify competently thereto.

2. I make this declaration in support of Clover's Notice of Settlement and Motion to Stay Proceedings.

3. Defendant Clover Network, Inc. ("Clover") and Plaintiff Digital Verification Systems, LLC ("DVS") (together, the "Parties") have reached an agreement in principle to settle this case. The case was originally filed in the Eastern District of Texas on February 24, 2017. (Dkt. 1.) On November 7, 2017, the case was transferred to the Northern District of California. (Dkt. 17.) Matthew P. Harper filed the complaint on behalf of DVS in the Eastern District of Texas and negotiated settlement on behalf of DVS with counsel for Clover, but has represented that he is not admitted in the Northern District of California and that DVS has not yet retained counsel admitted in the Northern District of California.

4. Mr. Harper has agreed that the case should be stayed while the parties finalize their settlement agreement. However, because Mr. Harper represents that he is not admitted in the Northern District of California and further represents that DVS has not yet retained counsel admitted in this Court, the Parties are unable to file a joint stipulation pursuant to Local Rule 6-2.

5. In light of the Parties' agreement to settle the case, proceeding on the current schedule would cause the parties to incur unnecessary expenses.

6. There have been no prior time modifications in this matter.

7. The requested stay will extend all current deadlines by (45) days to allow the Parties to finalize their settlement.

Dated:  February 14, 2018

Respectfully submitted,

*/s/ Jason F. Choy*
      Jason F. Choy

WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: jason.choy@wilmerhale.com