| | |
|---|---|
| Steven A. Nielsen (SBN 133864) | David C. Marcus (SBN 158704) |
| Nielsen Patents | Jason F. Choy (SBN 277583) |
| 100 Larkspur Landing Circle, Suite 216 | WILMER CUTLER PICKERING |
| Larkspur, VA 94939-1743 |   HALE AND DORR LLP |
| Tel.: (415) 461-2700 | 350 South Grand Avenue, Suite 2100 |
| Email: steve@nielsenpatents.com | Los Angeles, CA 90071 |
| | Tel: (213) 443-5312 |
| *Counsel for Plaintiff* | Fax: (213) 443-5400 |
| DIGITAL VERIFICATION SYSTEMS, LLC | Email: david.marcus@wilmerhale.com |
| | Email: jason.choy@wilmerhale.com |

Gregory H. Lantier (*pro hac vice* pending)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

*Counsel for Defendant*
CLOVER NETWORK, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC | Case No. 3:17-cv-06982-JST |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| CLOVER NETWORK, INC. | Hon. Jon S. Tigar |
| Defendant. | |

Case No. 3:17-cv-06982-JST                                                                                 JOINT STIPULATION

Plaintiff Digital Verification Systems, LLC ("DVS") and Defendant Clover Network, Inc. ("Clover") hereby stipulate to the dismissal of all claims in the Complaint against Clover with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 2, 2018                    Respectfully submitted,

                                        */s/ Steven A. Nielsen*
                                        Steven A. Nielsen (SBN 133864)
                                        Nielsen Patents
                                        100 Larkspur Landing Circle, Suite 216
                                        Larkspur, VA 94939-1743
                                        Tel.: (415) 461-2700
                                        Email: steve@nielsenpatents.com

                                        *Counsel for Plaintiff*
                                        DIGITAL VERIFICATION SYSTEMS, LLC

Dated: April 2, 2018                    */s/ Jason F. Choy*
                                        David C. Marcus (SBN 158704)
                                        Jason F. Choy (SBN 277583)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        350 South Grand Avenue, Suite 2100
                                        Los Angeles, CA 90071
                                        Tel: (213) 443-5312
                                        Fax: (213) 443-5400
                                        Email: david.marcus@wilmerhale.com
                                        Email: jason.choy@wilmerhale.com

                                        Gregory H. Lantier (*pro hac vice* pending)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington, DC 20006
                                        Tel: (202) 663-6327
                                        Fax: (202) 663-6363
                                        Email: gregory.lantier@wilmerhale.com

                                        *Counsel for Defendant*
                                        CLOVER NETWORK, INC.

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Notice of Settlement and Stipulation to Stay Proceedings.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: April 2, 2018                    NIELSEN PATENTS

By:  /s/ Steven A. Nielsen
        Steven A. Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I electronically filed the above document with the Clerk of Court using CM/ECF, per Civil L.R. 5-1, which will send electronic notification of such filing to all registered counsel.

By:  /s/ Steven A. Nielsen

**[PROPOSED] ORDER**

The Court, having considered the joint stipulation of the parties, and good cause appearing therefor, dismisses this action and all claims by Digital Verification Systems, LLC against Clover Network, Inc. with prejudice.

Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable Jon S. Tigar,
United States District Judge