Steven A. Nielsen (SBN 133864)
Nielsen Patents
100 Larkspur Landing Circle, Suite 216
Larkspur, VA 94939-1743
Tel.: (415) 461-2700
Email: steve@nielsenpatents.com

*Counsel for Plaintiff*
DIGITAL VERIFICATION SYSTEMS, LLC

David C. Marcus (SBN 158704)
Jason F. Choy (SBN 277583)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: jason.choy@wilmerhale.com

Gregory H. Lantier (*pro hac vice* pending)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

*Counsel for Defendant*
CLOVER NETWORK, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>CLOVER NETWORK, INC.<br><br>    Defendant. | Case No. 3:17-cv-06982-JST<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Hon. Jon S. Tigar |

1  Plaintiff Digital Verification Systems, LLC ("DVS") and Defendant Clover Network, Inc. ("Clover") hereby stipulate to the dismissal of all claims in the Complaint against Clover with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 2, 2018   Respectfully submitted,

*/s/ Steven A. Nielsen*
Steven A. Nielsen (SBN 133864)
Nielsen Patents
100 Larkspur Landing Circle, Suite 216
Larkspur, VA 94939-1743
Tel.: (415) 461-2700
Email: steve@nielsenpatents.com

*Counsel for Plaintiff*
DIGITAL VERIFICATION SYSTEMS, LLC

Dated: April 2, 2018   */s/ Jason F. Choy*
David C. Marcus (SBN 158704)
Jason F. Choy (SBN 277583)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: jason.choy@wilmerhale.com

Gregory H. Lantier (*pro hac vice* pending)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

*Counsel for Defendant*
CLOVER NETWORK, INC.

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Notice of Settlement and Stipulation to Stay Proceedings. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: April 2, 2018                        NIELSEN PATENTS

                                                By:  */s/ Steven A. Nielsen*
                                                            Steven A. Nielsen

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2018, I electronically filed the above document with the Clerk of Court using CM/ECF, per Civil L.R. 5-1, which will send electronic notification of such filing to all registered counsel.

                                                By:  */s/ Steven A. Nielsen*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having considered the joint stipulation of the parties, and good cause |
| 3 | appearing therefor, dismisses this action and all claims by Digital Verification Systems, LLC |
| 4 | against Clover Network, Inc. with prejudice. |
| 5 | Each party shall bear its own costs and attorneys' fees. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: April 6, 2018 |
| 8 | Honorable Jon S. Tigar, United States District Judge |